**[J-114-2020][M.O. – Mundy, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 2 WAP 2020 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered 4/17/19 at No. 998 WDA |
| | : | 2018, affirming the order of the Court of |
| v. | : | Common Pleas of Venango County |
| | : | entered 6/19/18 at Nos. CP-61-CR- |
| | : | 0000498-2013 and CP-61-CR-0000688- |
| | : | 2009 |
| JAMES PAUL FINNECY, | : | |
| | : | |
| Appellant | : | SUBMITTED:  November 17, 2020 |

***CONCURRING OPINION***

**JUSTICE SAYLOR**                    **DECIDED:  APRIL 29, 2021**

I join the majority opinion and write only to note my misgivings about its determination that Appellant's claim relates to sentence illegality for waiver purposes based on a generalized premise that the sentencing court lacked the authority to impose it.  *See* Majority Opinion, *slip op.* at 12.  Some of my concerns with this Court's expanding definition of sentence illegality (for waiver purposes) are spelled out in my responsive opinion in *Commonwealth v. Moore*, ___ Pa. ___, ___ A.3d ___, 2021 WL 1133063 (March 25, 2021); *see id.* at ___, ___ A.3d at ___, 2021 WL 1133063 at *7-9 (Saylor, C.J., concurring); *see also Commonwealth v. Foster*, 609 Pa. 502, 539-41, 17 A.3d 332, 355-56 (2011) (Saylor, J., concurring), and I view this case as embodying one more such expansion.  With that said, the analysis in *Moore* with which I differed garnered majority support and, as such, it is now binding precedent.  Moreover,

although *Moore* involved a facial constitutional challenge, whereas the present case entails an as-applied challenge based on a claim of incorrect statutory interpretation, this, in my view, is not a material distinction insofar as the authority-based rationale of *Moore* is concerned. Accordingly, as I am bound by the majority view in *Moore* – and as I agree with the present majority's substantive reading of the Recidivism Risk Reduction Act – I join the majority opinion.